**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 00-cr-00296-WDM-01

UNITED STATES OF AMERICA,

   Plaintiff,

vs.

MICHAEL C. SCOTT,

   Defendant.

---

**ORDER DISMISSING PETITION ON SUPERVISED RELEASE AND DISCHARGING DEFENDANT FROM FURTHER SUPERVISION**

---

  This matter comes to the attention of the Court upon the report of the probation officer of this Court, and his recommendation that the supervised release petition filed on June 30, 2006, be dismissed and the defendant's term of supervised release be discharged.  It is therefore,

  ORDERED that the supervised release petition filed on June 30, 2006, be dismissed and the violation hearing scheduled on December 19, 2006, be vacated thereby allowing the defendant's term of supervised release to expire immediately.

  DATED at Denver, Colorado, this 11th day of December, 2006.

        BY THE COURT:

        s/ Walker D. Miller
        _____
        Walker D. Miller
        United States District Judge